# UNITED STATES DISTRICT COURT

for the

## Northern District of California

**U.S.A. vs Celia MORA**            **Docket No. CR06-0611 MAG**

**Petition for Arrest Warrant and Supporting Affidavit**

I, Victoria Gibson, a U. S. Pretrial Services Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

1. On October 16, 2006, Celia MORA initially appeared before the Honorable Elizabeth D. Laporte, U.S. Magistrate Judge, charged in an Information with a violation of Title 36, Code of Federal Regulations, Section 2.32(a)(1) - Interfering with Agency Functions. She was released on her own recognizance without U.S. Pretrial Services supervision.

2. On November 15, 2006, Celia MORA was referred by the U.S. Attorney's Office for a pretrial diversion investigation to be conducted by U.S. Pretrial Services.

3. On April 16, 2007, Celia MORA appeared before Your Honor for a status on the diversion investigation. At that time, U.S. Pretrial Services informed the Court that Ms. MORA was unacceptable for pretrial diversion due to her severe alcohol addiction.

4. On April 24, 2007, Celia MORA appeared before Your Honor. She was released on a personal recognizance bond with standard conditions and with the following special conditions: the defendant shall report to U.S. Pretrial Services; the defendant shall participate in drug/alcohol/mental health counseling and submit to drug/alcohol testing, at the direction of U.S. Pretrial Services; and the defendant shall participate in residential substance abuse treatment.

PAGE 2 OF 3

**PETITION FOR ARREST WARRANT AND SUPPORTING AFFIDAVIT**
**NAME: MORA, Celia**  **DOCKET: CR06-0611 MAG**

5. On April 30, 2007, U.S. Pretrial Services arranged for Celia MORA to enter Baker Place Detox Center in San Francisco, California. On May 7, 2007, staff at Baker Place Detox Center deemed Ms. MORA ready to leave the facility. On that day, she entered New Bridge, Inc., for residential substance abuse treatment.

5. Today, May 30, 2007, the undersigned officer was informed by Suzanne Hicks, Program Director at New Bridge, Inc., that Celia MORA had absconded from the treatment facility. Ms. Hicks reported that yesterday, Ms. MORA was discovered engaging in intimate conduct with a male resident, against facility rules. Ms. Hicks further reported that this afternoon, the above-described male resident, along with another male resident, became involved in a verbal altercation with staff. Subsequently, the two male residents were discharged from the program. Ms. MORA, the two male residents, and another female resident, walked away from the facility at approximately 15:00 hours.

6. Celia MORA's whereabouts are currently unknown.

Based on the foregoing, there is probable cause to believe the defendant has violated the terms and conditions of her release by absconding from New Bridge Inc., and absconding from Pretrial Services supervision. As such, I ask the Court to issue a no bail warrant for her arrest.

Respectfully,

VICTORIA GIBSON
U. S. Pretrial Services Officer,
DATS
Place **Oakland, CA**
Date **May 30, 2007**

Approved by

ALLEN LEW, Supervising
U.S. Pretrial Services Officer

**PAGE 3 OF 3**

**PETITION FOR ARREST WARRANT AND SUPPORTING AFFIDAVIT**
**NAME: MORA, Celia          DOCKET: CR06-0611 MAG**

Having considered the information set forth above,

THE COURT ORDERS:

☒ The issuance of a no bail warrant for the defendant's arrest so that s/he may be brought before the Court to show cause why his/her bail should not be revoked.

☐ Other:

_May 31, 2007_
**Date**

**Honorable Edward M. Chen**
**U.S. Magistrate Judge**